**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATRINA GREEN | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 24cv6330 (GAW) |
| | : | |
| LIGHTHOUSE COUNTRY COMMONS, LLC, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| LIGHTHOUSE COUNTRY COMMONS, LLC | : | |
| | : | |
| Third Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PYRAMID ETC COMPANIES, LLC | : | |
| | : | |
| Third Party Defendant. | : | |
| | : | |
| PYRAMID ETC COMPANIES, LLC | : | |
| | : | |
| Third Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AVELINO CONSTRUCTION, INC | : | |
| | : | |
| Third Party Defendant. | : | |

**ORDER**

AND NOW, this _____ day of _____ 2025, upon consideration of the United States of America's motion for leave to file a reply brief in support of its motion to dismiss Plaintiff's amended complaint and to stay discovery, it is hereby ORDERED that:

(1) The motion is GRANTED; and,

2

(2)    The United States shall file its reply brief within seven (7) days of this Order.

BY THE COURT:

_____
HONORABLE GAIL A. WEILHEIMER
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATRINA GREEN<br><br>      Plaintiff,<br><br>    v.<br><br>LIGHTHOUSE COUNTRY COMMONS, LLC, et al.,<br><br>      Defendants. | Civil Action No. 24cv6330 (GAW) |

LIGHTHOUSE COUNTRY COMMONS, LLC

      Third Party Plaintiff,

    v.

PYRAMID ETC COMPANIES, LLC

      Third Party Defendant.

PYRAMID ETC COMPANIES, LLC

      Third Party Plaintiff,

    v.

AVELINO CONSTRUCTION, INC

      Third Party Defendant.

**DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS THE AMENDED COMPLAINT AND TO STAY DISCOVERY**

Pursuant to the Court's procedures, Defendant United States of America, by and through its attorneys, hereby respectfully moves for leave to file a reply brief in support of its motion to dismiss Plaintiff's amended complaint and to stay discovery.

The bases for this motion are set forth in the accompanying memorandum.

Respectfully submitted,

DAVID METCALF
United States Attorney


*/s/ Stacey L. B. Smith*
STACEY L. B. SMITH
Assistant United States Attorney
615 Chestnut St., Suite 1250
Philadelphia, PA 19106
(215) 861-8348

Dated: May 27, 2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KATRINA GREEN                          :
                                       :
          Plaintiff,                   :
                                       :
     v.                                :     Civil Action No. 24cv6330 (GAW)
                                       :
LIGHTHOUSE COUNTRY COMMONS,            :
LLC, et al.,                           :
                                       :
          Defendants.                  :
                                       :
_____       :
                                       :
LIGHTHOUSE COUNTRY COMMONS,            :
LLC                                    :
                                       :
          Third Party Plaintiff,       :
                                       :
     v.                                :
                                       :
PYRAMID ETC COMPANIES, LLC             :
                                       :
          Third Party Defendant.       :
                                       :
_____       :
                                       :
PYRAMID ETC COMPANIES, LLC             :
                                       :
                                       :
          Third Party Plaintiff,       :
                                       :
     v.                                :
                                       :
AVELINO CONSTRUCTION, INC              :
                                       :
          Third Party Defendant.       :

**DEFENDANT UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT
OF MOTION FOR LEAVE TO FILE A REPLY BRIEF**

The Court should permit the United States to file a reply brief in support of its

motion to dismiss the amended complaint. This motion for leave is timely pursuant to Fed.

R. Civ. P. 6(a)(1)(C), as it is being filed within five days of the docketing of Plaintiff's

opposition. The reply brief is necessary to clarify several points raised by the Plaintiff—

specifically to permit the United States to address: (1) the cases Plaintiff erroneously asserts are supportive of Plaintiff's position (they support the United States' position), and (2) why the Court should not permit, and does not need, discovery to resolve the motion to dismiss—particularly where, as here, Plaintiff concedes that the parties must "look[] to the contract between the United States and the contractor." (Pl.'s Opp. at 9.)

A reply brief is necessary for the United States to appropriately address Plaintiff's opposition. Accordingly, the United States respectfully requests that the Court grant it leave to file a reply brief.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Stacey L.B. Smith*
STACEY L. B. SMITH
Assistant United States Attorney
615 Chestnut St., Suite 1250
Philadelphia, PA 19106
(215) 861-8348

Dated: May 27, 2025

2

3

**CERTIFICATE OF SERVICE**

I, Stacey L.B. Smith, Assistant United States Attorney, hereby certify that on the date set forth below, I caused the forgoing motion to be electronically filed and served on all counsel of record through the electronic filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(e).


Dated: May 27, 2025                                     /s/ Stacey L.B. Smith
                                                        STACEY L.B. SMITH
                                                        Assistant United States Attorney

3