IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATRINA GREEN,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 2:24-cv-06330-GAW |
| **LIGHTHOUSE COUNTRY COMMONS, LLC;** | : |
| **UNITED STATES OF AMERICA;** | : |
| **PYRAMID ETC COMPANIES, LLC;** | : |
| **AVELINO CONSTRUCTION, INC.;** | : |
| **ORBACH AFFORDABLE MANAGEMENT, LLC;** | : |
| **ABC CORPORATION #1;** | : |
| **ABC CORPORATION #2;** | : |
| **ABC CORPORATION #3;** | : |
| **JOHN DOES and JANE DOES #1-10;** | : |
| **Defendants.** | : |
| **LIGHTHOUSE COUNTRY COMMONS, LLC,** | : |
| **Third-Party Plaintiff,** | : |
| v. | : |
| **PYRAMID ETC COMPANIES, LLC,** | : |
| **Third-Party Defendant** | : |

**ORDER**

AND NOW, this 24th day of July 2025, upon consideration of Defendant United States of America's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #37), and the Plaintiff's response thereto (Dkt. #40) it is hereby ORDERED that the Motion is GRANTED. Count III of

the Amended Complaint, which asserts a negligence claim against Defendant United States of America, is DISMISSED WITH PREJUDICE, and the United States is DISMISSED as a Defendant in this action. Further, this Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state claims against other Defendants. Therefore, all of Plaintiff's state law claims against other Defendants are DISMISSED without prejudice.

The Clerk of Court is directed to mark this matter "Closed."

BY THE COURT:

_____
GAIL WEILHEIMER        J.